# EXHIBIT U

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:13:34 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:02 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:56 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:17:39 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:18:03 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Rare Breed Firearms's Post**                                                    ✕

**Derek Jon Love**
I have the original and the FRTL3.
Both seem nice, with being able to use single fire, nice touch
Both run great 〔OBJ〕〔OBJ〕〔OBJ〕                                          ...

2d   Like   Reply                                                    2 👍😮

   Rare Breed Firearms replied · 4 Replies

**Travis Walls**                                                              ...
I need 5 for the ar10 platform. please and thank you.

20h   Like   Reply

**Adan Galvan**                                                    ...
Need one for my SP5K-PDW

2d   Like   Reply                    2 👍

   Rare Breed Firearms replied · 1 Reply

**Jordan Abbott**                                                              ...
I still need 3 more for my ARs and then I'm going to get one of these and an MP5.

2d   Like   Reply

Write a comment...

😀 ☺ 📷 GIF 🧸                                                          ➤

**Captured by FireShot Pro: 20 April 2026, 04:18:24 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:19:34 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post**    ✕

**Ruger Winchell**
Not $600 pretty though. Especially when you can take a FRS for $250 and a slip trip for $60 bucks and does the same thing for $300 less.

2d    Like    Reply                          2 👍

> **Leon Gray**
> **Ruger Winchell**This actually runs 100%
>
> 22h    Like    Reply

Reply to Ruger Winchell...    😀 ☺ 📷 GIF 🙂

**Billy East**
how about ak47?

2d    Like    Reply    3 👍

View all 3 replies

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?

17h    Like    Reply

Write a comment...

😀 ☺ 📷 GIF 🙂

Captured by FireShot Pro: 20 April 2026, 04:20:09 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



### Rare Breed Firearms's Post

**Billy East**
how about ak47?

2d   Like   Reply   3

> **Philip Bub Stevenson**
> Billy East AK47 doesn't need one. It's already select fire.
>
> 4h   Like   Reply
> View 1 reply

> ⬥ Top fan
> **Adam DeFord**
> Billy East they already said it's coming soon
>
> 2d   Like   Reply

Most Relevant is selected, so some replies may have been filtered out.

Reply to Billy East...

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?

17h   Like   Reply

Write a comment...

**Captured by FireShot Pro: 20 April 2026, 04:20:31 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:20:54 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:21:31 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Rare Breed Firearms's Post                                    ✕

2d   Like   Reply

Brandy Walser Jarman   ...

1d   Like   Reply

Aaron Hansen   ...
1919 please

2d   Like   Reply   2👍

Mike Baker   ...
Very 🇺🇸🇺🇸

2d   Like   Reply

Most relevant is selected, so some comments may have been filtered out.

Write a comment...

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**

## Rare Breed Firearms's Post

 **Rare Breed Firearms** is in **Wichita Falls, TX**.
April 21 at 9:58 PM · 🎵 Jump (2015 Remaster) · Van Halen · 🌐

Go ahead and jump!

#RareBreedTriggers #FRT #ForcedReset #ForcedResetTrigger #ForceTheReset



 Write a comment...

**Captured by FireShot Pro: 23 April 2026, 09:25:11 AM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



**Captured by FireShot Pro: 23 April 2026, 09:25:46 AM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



**Captured by FireShot Pro: 23 April 2026, 09:26:13 AM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



Captured by FireShot Pro: 23 April 2026, 09:28:44 AM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Case 4:26-cv-00379-ALM    Document 44-23    Filed 06/08/26    Page 24 of 48 PageID #: 2165

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:41:34 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



**Rare Breed Firearms's Post**

**Top fan**
**Gary Taninbaum**
White Goodman No matter what RB does, the group that handles their CC transactions will always have a record of the transactions they processed. But state laws still says they're illegal in FL, CA, CO , CT, DE, HI, IL, MD, MN, NJ,NV, NY, and RI, & none of the companies who make these devices will ship here.

1w  Like  Reply  Edited

**White Goodman**
Gary Taninbaum three of my buddies would've never got it a ring at their doorbell, relentless phone calls or shown up at their work if the ATF didn't have their information from rarebreed.

1w  Like  Reply

**Top fan**
**Gary Taninbaum**
White Goodman How do they know who gave up the info? It could have been the CC processing company.

1w  Like  Reply

**White Goodman**
Gary Taninbaum because they're not gonna give up that information without a warrant. I can't even call and make a payment on behalf of my mother for her credit card without her approval. You're telling me some random person from the ATF called Visa and said hey give me every single transaction from these guys and they just willingly handed them over

1w  Like  Reply

View hidden replies
Comments were hidden because they may be offensive, off-topic or spam.

Reply to Timothy Padgett...

Write a comment...

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:42:52 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:43:35 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:44:46 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:45:38 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:59 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



**Page 1**
**Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:07:13 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:35:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



### Rare Breed Firearms's Post

**Larry Eans**
I want two stat! MP5 MK18 But my company is going thru a merger and not sure of the future of employment. Good thing I witnessed how hard Lawrence fought for us and his dream of the FRT. he will be around for decades and my time will come!

Thank you for the lengthy fight Lawrence and the Rare Breed family that stood by the company during hard times.

It's not easy standing alone as Daniel in front of the Giant. But you did!

6d  Like  Reply

**Isaiah Webster**
What lower is this?

3d  Like  Reply

**Lance Geist**
C'mon meow! Where's the micro Scorpion FRT??? Chop chop. Like yesterday.

6d  Like  Reply

**Bryan C. Davis**
When is the AK version coming out? Thought they were in production?

6d  Like  Reply

**Aj Voohries**
They look amazing! Im so looking forward to the other one yall are working on....AR10 FRT. Hot damn!!! 😆😆

6d  Like  Reply

**Rickey Manes**
Will this work on my 9

Freedom Ordnance FX9P4-T FX-9 4 Fluted
Muzzle Enhancer Sling
MPN: FX9P4-T | UPC: 856169007394
(2) Reviews | (11) Questions | Write a Review

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:36:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:36:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:37:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:41 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:23 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:55 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:01:32 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:02:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:49 PM
https://getfireshot.com