# EXHIBIT X

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:19:03 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**rarebreedfirearms** • Follow
Wichita Falls, Texas

**amerikiwi_actual** @dusty_lee_upchurch mine just (RB) runs, 1000+ rounds into it with cleaning and no issues
6d  1 like  Reply

**countrystyle2000** @amerikiwi_actual yet
5d  2 likes  Reply

**fred._fox** Over 3k rounds , mix of 300, 556 super/sub on the 300 .. not a single issue .. keep hating , it's popular. Also have yet to clean the lower .. sooo it's working
4d  Reply

**fowlerhayes7** @dusty_lee_upchurch where can I get this SS you speak of for my sp5?
3d  Reply

**dusty_lee_upchurch** @amerikiwi_actual I do need to try tweaking to see if I can improve. But out of the box in my spikes tactical. It's like playing operation to get that frt to actually do its job. As long as you have the right pocket, in your lower and your parts can handle the heat. The super safety for the price just really blows this out of the water for me. I feel like I did waste 500$

Liked by **landry98123** and others
7 days ago

Add a comment...                                    Post

Captured by FireShot Pro: 28 May 2026, 10:19:29 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:20:17 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



Captured by FireShot Pro: 28 May 2026, 10:20:40 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:27 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:48 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:22:10 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



rarebreedfirearms • Follow
Wichita Falls, Texas

noah.telford The FRT is so amazing that it's hard to believe they're legal.
6d  1 like  Reply

k30burr Ordered for a sp5 but will it fit a ap5-p?
1w  2 likes  Reply

checksixx @k30burr Yes, however, you may need to shim the bottom of the pack because the housing they use has the pack sitting just barely too low. I would go ahead and order a HK housing. That's what I did. Works as advertised.
1w  Reply

Hide replies

millz.757 Now all I need is my suppressor god bless America us
1w  4 likes  Reply

48 comments from Facebook

Liked by landry98123 and others
7 days ago

Add a comment...                    Post

Captured by FireShot Pro: 28 May 2026, 10:22:33 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:22:54 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**Captured by FireShot Pro: 28 May 2026, 10:23:19 AM**
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:23:41 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:27 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:54 AM
https://getfireshot.com