IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>80MILLS LLC d/b/a TACTICAL TITAN SUPPLY et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00380-ALM) |
| RARE BREED TRIGGERS, INC. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANES TACTICAL LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00369-ALM) |

| | |
|---|---|
| ABC IP, LLC et al.,<br>Plaintiffs,<br>vs.<br>HARRISON GUNWORKS LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00379-ALM) |
| ABC IP, LLC et al.,<br>Plaintiffs,<br>vs.<br>STEVEN THANH NGUYEN d/b/a POLYMER PEW et al.,<br>Defendants. | (CASE NO. 4:26-cv-00425-ALM) |
| ABC IP, LLC et al.,<br>Plaintiffs,<br>vs.<br>Z3 PRODUCTIONS LLC d/b/a Z3PRO,<br>Defendant. | (CASE NO. 4:26-cv-00367-ALM) |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Defendants' Motion for Leave to file to under seal their Opposition to Plaintiff's Consolidated Motion for Preliminary Injunction (Dkt. #7 in no. 4:26-md-03176-ALM) and the Declarations of Pearson Gardner, Damion Terrell Bennett, Tyler Harrison, Zach Morrow, Ari Bytyqi, Steven Thanh Nguyen, and Eric Phillips along with supporting exhibits. Having considered the Motion, the Motion is hereby GRANTED.

**IT IS ORDERED** that Defendants' Opposition to Plaintiff's Consolidated Motion for Preliminary Injunction and the Declarations of Pearson Gardner, Damion Terrell Bennett, Tyler

Harrison, Zach Morrow, Ari Bytyqi, Steven Thanh Nguyen, and Eric Phillips along with supporting exhibits are permitted to be filed under seal.

**IT IS SO ORDERED.**

**SIGNED this 21st day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE