# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Panel Litigation** | **4:26-md-03176**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br><br>*Defendants.* | Civil No. 2:26-CV-00056 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MODEKHAI HARROCH,<br><br>*Defendants.* | Civil No. 2:26-CV-00053 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PROSOURCE FIREARMS, LLC,<br><br>*Defendant.* | Civil No. 2:26-CV-00055 |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>*Defendant.* | Civil No. 2:26-CV-00058 |
| ATRIUS DEVELOPMENT GROUP,<br><br>*Plaintiff,*<br><br>v.<br><br>ABC IP, LLC, RARE BREED TRIGGERS, INC., RARE BREED FIREARMS LLC, LAWRENCE DEMONICO, KEVIN MAXWELL, and COLE LELEUX,<br><br>*Defendants.* | Civil No. 4:26-CV-00448 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>*Defendants.* | Civil No. 4:26-CV-00380 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHRISTOPHER COPE,<br><br>*Defendant.* | Civil No. 2:26-CV-00033 |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>*Defendants.* | Civil No. 4:26-CV-00377 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>*Defendants.* | Civil No. 4:26-CV-00369 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>*Defendants.* | Civil No. 4:26-CV-00379 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>*Defendants.* | Civil No. 2:26-CV-00030 |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>*Defendant.* | Civil No. 4:26-CV-00425 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>OPTICS PLANT, INC., d/b/a ECENTRIA,<br><br>*Defendant.* | Civil No. 4:26-CV-00521 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br><br>*Defendant.* | Civil No. 4:26-CV-00367 |

**ORDER**

Pending before the Court are Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s (collectively, "RBT") Motion to Vacate Briefing Deadlines and Enter a Coordinated Schedule (the "Motion to Coordinate");[1] ABC IP, LLC, and Rare Breed Triggers, Inc.'s Consolidated Motion

[1] The Motion Coordinate is pending in Case No. 2:26-cv-00056 Dkt. #77; Case No. 2:26-cv-00053 Dkt. #74; Case No. 2:26-cv-00055 Dkt. #74; Case No. 2:26-cv-00058 Dkt. #77; Case No. 4:26-cv-00448 Dkt. #48.

for Expedited Discovery (the "First Motion to Expedite");[2] Certain Defendants' Motion for Scheduling Order(s) (the "Motion for Scheduling Order");[3] and Rare Breed's Motion for Expedited Discovery (the "Second Motion to Expedite").[4] Having considered these Motions and the relevant pleadings, the Court finds that the Motion to Coordinate, the First Motion to Expedite, and the Second Motion to Expedite should be **GRANTED.** The Court further finds that the Motion for Scheduling Order should be **DENIED**.

Pending before the Court are two related Preliminary Injunctions: (1) ABC IP, LLC and Rare Breed Triggers, Inc.'s Consolidated Motion for Preliminary Injunction (the "Atrius Reseller PI"); and (2) Counterclaim-Plaintiffs' Amended Motion for Preliminary Injunction (the "Atrius Development Group PI"). The Atrius Reseller PI originally sought relief against Defendants in 13 member actions centralized in MDL 3176: 80Mills LLC and Pearson Gardner; Kristopher Cope; DNT and Zach Morrow; Hanes Tactical and Damion Bennett; Harrison Gunworks and Tyler Harrison; MaRs Trigger and Peter Brennen; Mister Guns LLC, Thomas Carter, and Brandi Carter; Steven Nguyen; Optics Plant; PistolCap and Mordekhai Harroch; ProSource Firearms; Superior Firearms of Texas; and Z3 Productions. On July 24, 2026, the Plaintiffs filed a Notice to Withdraw, Without Prejudice, Their Consolidated Motion for Preliminary Injunction as to MaRs Trigger LLC and Peter Brennen (Case No. 2:26-cv-00030, Dkt.

[2] The First Motion to Expedite was filed in Case No. 2:26-cv-00056 Dkt. #42; 2:26-cv-00058 Dkt. #41; Case No. 2:26-cv-00030 Dkt. #35; Case No. 2:26-cv-00033 Dkt. #23; Case No. 4:26-cv-00380 Dkt. # 47; Case No. 4:26-cv-00369 Dkt. #47; Case No. 4:26-cv-00377 Dkt. #49; Case No. 4:26-cv-00379 Dkt. #41; Case No. 4:26-cv-00425 Dkt. #34; Case No. 4:26-cv-00521 Dkt. #57; Case No. 2:26-cv-00053 Dkt. #39; Case No. 2:26-cv-00055 Dkt. #39; Case No. 4:26-cv-00367 Dkt. #52. The First Motion to Expedite remains pending only in Case No. 4:26-cv-00377.

[3] The Motion for Scheduling Order is pending in Case No. 4:26-Cv-00380 Dkt. # 51; Case No. 4:26-cv-00369 Dkt. # 52; Case No. 4:26-cv-00377 Dkt. #53; Case No. 4:26-cv-00379 Dkt. # 45; Case No. 4:26-cv-00425 Dkt. # 38; Case No. 4:26-cv-00367 Dkt. # 56.

[4] The Second Motion to Expedite is pending in Case No. 4:26-cv-00448 Dkt. #56.

#66). Accordingly, the Atrius Reseller PI seeks relief from the defendants in the remaining 12 member actions. The Atrius Development Group PI seeks relief from the Atrius Development Group.

On May 29, 2026, RBT filed their First Motion to Expedite in 13 member actions centralized in MDL 3176. The First Motion to Expedite sought limited, expedited discovery related to the Atrius Reseller PI. On August 7, 2026, RBT filed Plaintiffs' Notice to Withdraw, Without Prejudice, Their Motion for Expedited Discovery as to the Defendants Identified in Schedule A (the "Notice") in 12 member actions centralized in MDL 3176.[5] The Notice withdrew the First Motion to Expedite against all defendants except for Defendants DNT d/b/a Deez Nutz Tactical and Zach Morrow (collectively, "DNT"). Accordingly, the First Motion to Expedite remains before the Court as to DNT only.

On June 9, 2026, Certain Defendants filed their Motion for Scheduling Order(s) in 6 member actions centralized in MDL 3176. The Motion for Scheduling Order sought an order requiring the parties to meet and confer and enter an agreed proposed scheduling order addressing opposition and reply deadlines, any preliminary injunction discovery, confidentiality procedures, expert procedures, defendant specific or product-specific briefing structure, page limits, pending amendment issues, coordination with other PI proceedings, Rule 65(c) security, and any hearing or scheduling conference.

[5] Plaintiffs' Notice to Withdraw, Without Prejudice, Their Motion for Expedited Discovery as to the Defendants Identified in Schedule A was filed in Case No. 2:26-cv-00056 Dkt. #79; 2:26-cv-00053 Dkt. #76; 2:26-cv-00055 Dkt. #76; 2:26-cv-00058 Dkt. #79; Case No. 2:26-cv-00030 Dkt. #67; Case No. 2:26-cv-00033 Dkt. #28; Case No. 4:26-cv-00380 Dkt. #63; Case No. 4:26-cv-00369 Dkt. #64; Case No. 4:26-cv-00379 Dkt. #57; Case No. 4:26-cv-00425 Dkt. #53; Case No. 4:26-cv-00521 Dkt. #103; Case No. 4:26-cv-00367 Dkt. #68.

On July 27, 2026, RBT filed their Motion to Coordinate in 5 member actions centralized in MDL 3176. The Motion to Coordinate sought to vacate the reply and sur-reply deadlines in the Atrius Reseller PI. The Motion to Coordinate also sought coordination of briefing deadlines in both the Atrius Reseller PI and the Atrius Development Group PI as well as limited, expedited discovery between RBT and the Atrius Group.

On August 1, 2026, RBT filed the Second Motion to Expedite in the Atrius Development Group action (Case No. 4:26-cv-00448 Dkt. #56). The Second Motion to Expedite sought limited, expedited discovery from the Atrius Development Group so that two pending preliminary injunction motions in this MDL (the Atrius Reseller PI and the Atrius Development Group PI) may be briefed and heard together.

The Court finds that both the Atrius Reseller PI and the Atrius Development Group PI should be heard in a single hearing. The Court finds that vacating the reply and sur-reply deadlines in both Preliminary Injunctions, granting expediting discovery, and coordinating a briefing scheduling is appropriate in this case.

It is therefore **ORDERED** that Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Motion to Vacate Briefing Deadlines and Enter a Coordinated Schedule (Case No. 2:26-cv-00056 Dkt. #77; Case No. 2:26-cv-00053 Dkt. #74; Case No. 2:26-cv-00055 Dkt. #74; Case No. 2:26-cv-00058 Dkt. #77; Case No. 4:26-cv-00448 Dkt. #48) is **GRANTED**;

It is further **ORDERED** that ABC IP, LLC, and Rare Breed Triggers, Inc.'s Consolidated Motion for Expedited Discovery (Case No. 4:26-cv-00377 Dkt. #49) is **GRANTED** as to Defendants DNT d/b/a Deez Nutz Tactical and Zach Morrow;

It is further **ORDERED** that Certain Defendants' Motion for Scheduling Order(s) (Case No. 4:26-Cv-00380 Dkt. # 51; Case No. 4:26-cv-00369 Dkt. # 52; Case No. 4:26-cv-00377 Dkt. #53; Case No. 4:26-cv-00379 Dkt. # 45; Case No. 4:26-cv-00425 Dkt. # 38; Case No. 4:26-cv-00367 Dkt. # 56) is **DENIED**;

It is further **ORDERED** that Rare Breed's Motion for Expedited Discovery (Case No. 4:26-cv-00448 Dkt. #56) is **GRANTED**;

It is further **ORDERED** that the Court shall set a single hearing on the Atrius Reseller PI and the Atrius Development Group PI in the above-captioned actions.

It is further **ORDERED** that the deadlines for RBT's reply in support of the Atrius Reseller PI, RBT's reply in support of the Atrius Development Group PI, the Atrius Reseller Defendants' sur-reply, and the Atrius Development Group's sur-reply are vacated;

It is further **ORDERED** that the following briefing schedule is entered with respect to the Atrius Reseller PI and the Atrius Development Group PI:

| **Event** | **Deadline** |
|---|---|
| RBT serves written discovery on the Atrius Group *(3 interrogatories / 5 requests for production)* | 7 days after entry of this Order |
| Atrius Group serves written discovery on RBT *(3 interrogatories / 5 requests for production)* | 7 days after service of RBT's written discovery |
| Responses and document production from Atrius Group due (objections stated in the responses) | 14 days after service of RBT's written discovery |
| Responses and document production from RBT due (objections stated in the responses) | 14 days after service of Atrius Group's written discovery |
| Rule 30(b)(6) deposition of the Atrius Group (up to four hours) completed | Within 14 days after production from the Atrius Group |
| Reciprocal Rule 30(b)(6) depositions of RBT completed | Within 14 days after production from the RBT |
| RBT's reply to Atrius Group and Atrius Reseller Defendants | 14 days after the close of discovery (production or depositions, whichever is later) |

| | |
|---|---|
| Atrius Group's and Atrius Reseller Defendants' sur-replies | 14 days after the reply |
| Hearing on both motions | January 11, 2027 at 9:00 a.m. |

**IT IS SO ORDERED.**

**SIGNED this 18th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE